## DANIEL MAUPAY *v.* CITY OF NEW ORLEANS.

A resident of the State must file his petition of appeal within one year from the date of the judgment, or it will be dismissed.

APPEAL from the Sixth District Court of New Orleans, *Leaumont*, J. *Whitaker, Fellows & Mills*, for plaintiff. *George L. Bright*, for defendant.

HYMAN, C. J. In this case a final judgment was rendered against the plaintiff on 7th March, 1865.

On the 10th March, 1866, he filed his petition to appeal from the judgment.

Defendant has filed a motion to dismiss the appeal, because it was taken after the lapse of a year from the rendition of the judgment.

The plaintiff, in his petition to the District Court, alleged that he was a resident of the State.

Plaintiff neglected to appeal within the time allowed by law. See Code Practice, Art. 593.

Let the appeal be dismissed.